UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES OF AMERICA,

v.

ESPEDICTO ANTONIO PERALTA FERNANDEZ,

Defendant.

No. 15-CR-599-RA-5

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant Espedicto Peralta Fernandez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Mr. Peralta Fernandez states in his motion that "the combination of factors of the pandemic COVID-19" make him an excellent candidate for compassionate release. To the extent that Mr. Peralta Fernandez would like the Court to consider any medical condition that puts him at a risk of increased harm from COVID-19, he shall submit medical records to the Court. He shall also submit documentation of any other extraordinary and compelling reasons to reduce his sentence. Mr. Peralta Fernandez is further directed to advise the Court whether he has sought compassionate release from the BOP, and if so, when he made that request and whether he has received a response.

The Clerk of Court is directed to mail a copy of this Order to Mr. Peralta Fernandez.

SO ORDERED.

Dated:   June 14, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge