UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/07/2021

UNITED STATES OF AMERICA,

v.

ESPEDICTO ANTONIO PERALTA FERNANDEZ,

Defendant.

No. 15-CR-599-RA-5

ORDER

RONNIE ABRAMS, United States District Judge:

On June 6, 2021, Defendant Espedicto Peralta Fernandez filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. On June 14, 2021, the Court ordered Mr. Peralta Fernandez to submit relevant medical records to the Court, as well as documentation on whether he sought compassionate release from the BOP and received any response to that request. Dkt. 220. The Court received those records on August 24, 2021. No later than 5:00 p.m. on October 21, 2021, the Government shall advise the Court of whether it has any objection to Mr. Peralta Fernandez's motion and, if so, provide the basis for that objection. The Court will send Mr. Peralta Fernandez's medical records to the Government and direct them to be filed under seal. The Court will also direct Mr. Peralta Fernandez's communications with the BOP to be filed on the public docket.

The Clerk of Court is directed to mail a copy of this Order to Mr. Peralta Fernandez.

SO ORDERED.

Dated:   October 7, 2021
         New York, New York

Ronnie Abrams
United States District Judge